**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRUCE WAYNE ALLEN,<br><br>    Plaintiff,<br><br>v.<br><br>DEBBIE ASUNCION, et al.,<br><br>    Defendants. | Case No. CV 17-06381 AB (RAO)<br><br>**JUDGMENT** |

Pursuant to the Court's Order Accepting Report and Recommendation of United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that Plaintiff's Second Amended Complaint is DISMISSED without prejudice, and this action is dismissed.

DATED: 4/29/2019

_____
ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE